## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 23, 2012

| | |
|---|---|
| No.: 12-1335 | TIMOTHY FORCE,<br>Plaintiff - Appellee<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants<br><br>APPEAL OF: GIGI A. GILBERT |
| **Originating Case Information:** | |
| District Court No: 1:09-cv-04645<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman | |

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on May 23, 2012, by counsel for Appellant Gigi Gilbert,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit